UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00167-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAVIER DOMINGUEZ-MIRANDA,
a/k/a Jaime Dominguez,

       Defendant.

## ORDER RESETTING SENTENCING HEARING

**IT IS ORDERED** that the sentencing hearing set in this matter for **10:00 a.m. on November 20, 2006 is VACATED** and reset to **November 20, 2006 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 13th day of October, 2006

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge